FILED

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## UNITED STATES DISTRICT COURT

2018 JUN 18 PM 1: 10

for the

District of FLORIDA

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

JACKSONVILLE Division

FILED IN BYRAN SIMPSON U.S. COURTHOUSE

LIVIA M. Scotto et al
_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

THE FLORIDA BAR et al
HENRY COXE III et al
JESSICA Marie McClean
_Defendant(s)_
AKA JESSICA M. MCHALE
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)
AND J. DOES 1. THRU 100
BEDEL LAW FIRM
COUNSEL OF RECORD HENRY COXE III

Case No. 3:18-CV-779-J-39JBT

_(to be filled in by the Clerk's Office)_ 18 USC § RICO

"AGENCY" DECEIT, FRAUD VIOL.

Jury Trial: (check one) ☑ Yes ☐ No "DUTY"

BANK DEPOSIT DISGORGEMENTS
PECUNIARY DAMAGES
SUPRA INJUNCTIVE RELIEF FILING,
WITH SUMMONS, SUBPOENA DATA
VIOLATIONS OF R. PROF. CONDUCT
LEGAL MALPRACTICE, BREECH
BANK WIRE FRAUD,
CONCEALMENT OF BREECH
"ATTORNEY DECIET"
FED. R. OF CONTRACT LAW
SEE EV. FRAUD JUDGE BEYER
(BANKRUPTSY N.C.)

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT

(SEE ATTACHED (28 U.S.C. § 1332; Diversity of Citizenship) & CONFLICTS, BAR COXE
LIST OF ADDITIONAL DATA BREECH, OF INTERESTS. III
DEFENDANTS etah CULPABILITY
FILED HERETOFORE DEMAND FOR DAMAGES

I. **The Parties to This Complaint**
et al CAUSE
A. **The Plaintiff(s)** AND PROPERTY LOSSES OF TORT CASE CONTRACTED
WITH MCCLEAN, PRINCIPLE OF
Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed. INTENTIONAL INFLICTION OF HARMS etc FRAUD VOLKS ANWALT

| | |
|---|---|
| Name | To: LIVIA M. SCOTTO et al |
| Street Address | 2710 GOLF HEIGHTS CIRCLE |
| City and County | VALRICO HILLSBOROUGH COUNTY |
| State and Zip Code | FLORIDA 33596 |
| Telephone Number | 813 689 8726, |
| E-mail Address | livia h scotto @ outlook.com |

B. **The Defendant(s)** MOTION FOR PRODUCTION OF RECORDS
SEE EL. BAR FILE 2016-00656
DOCUMENTS OF DEF. etc (4B)
Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

LIVIA M. Scotto                    Page 1 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name              JOSHUA DOYLE , THE FLORIDA BAR.
                  JAMES FISHER    BOARD OF GOVERNORS
Job or Title (if known)    FLORIDA BAR ATTORNEY IN FACT
Street Address    651 EAST JEFFERSON
City and County   TALLAHASSEE
State and Zip Code   FLORIDA
Telephone Number
E-mail Address (if known)

Defendant No. 2

Name              JESSICA M. MC CLEAN'S BAN
                  THAT DIS COERCED FUND
Job or Title (if known)    J.P. MORGAN BANK
Street Address    JESSICA MARIE MCCLEANS BANK WIRE
City and County   650 ATLANTIC BLVD, FRAUD
State and Zip Code   NEPTUNE BEACH    DUVAL
Telephone Number   FLORIDA    32266
E-mail Address (if known)   904 242-5145

Defendant No. 3

Name              CO-CONSPIRATOR TO FRAUD
                  JESSICA MCCLEANS
                  HENRY COXE III COUNSEL IN FACT
Job or Title (if known)    BEDELL DITTMAR DEVAULT, PILLANS, COXE, PA
Street Address    101 EAST ADAMS STREET
City and County   JACKSONVILLE , DUVAL COUNTY
State and Zip Code   F
Telephone Number   904 353 0211
E-mail Address (if known)   = AGENCY" FRAUD DECEIT CONCEALMENT

Defendant No. 4            JOHN HEARKEN et al
Name       THE CLIENT SECURITY FUND ET AL
Job or Title (if known)    AGENCY of THE FLORIDA BAR
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* LIVIA M. SCOTTO , is a citizen of the State of *(name)* FLORIDA .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

CUSTODIAN OF THE RECORD
"AGENCY" FOR FLORIDA

1.   If the defendant is an individual   ROBERT MURPHY, BAR ET AL

The defendant, *(name)* JORGE DOPICO , is a citizen of

the State of *(name)* N.Y. GRIEVANCE COMMITTE . Or is a citizen of

*(foreign nation)* New York,

ATTORNEY GRIEVENCE COMMITTEE

2.   If the defendant is a corporation   AGENCY FRAUD CONCEALMENT

The defendant, *(name)* ERIC SCHNEIDERMAN , is incorporated under

the laws of the State of *(name)* N.Y. , and has its

principal place of business in the State of *(name)* N.Y.

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* N.Y.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

$ 990 MILLION USD. DAMAGES

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, (name) LIVIA M. SeoTTO , and the defendant,
(name) JESSICA MARIE McCLEAN et al , made an agreement or contract on
(date) 4/1/2016 . The agreement or contract was (oral or written) 4/1/2016 . Under that
ORAL & WRITTEN
agreement of contract, the parties were required to (specify what the agreement or contract required each party to do)
Volks AnwalT COUNSEL IN FACT COMMITTED FRAUD
et al      FAILURE TO COMMUNICATE WITH CLIENT MISSED FILING
I PAID FEES PAID TO JESSICA M. McCLEAN et al
PRINCIPLE'S FIDUCIARY FRAUD , FAILURE TO FILE SUIT, :

The defendant failed to comply because (specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)
Sup. CT.      FAILED DUTY BREECH R. FL. STATUTES
TO FILE SUIT. STATUTES FILED
FILED IN CLAIM TOF LEGAL MALPRACTICE WITH FLORIDA B.
MIDDLE D. FL. TAMP    VIOLATIONS    OF R. PROFESSIONAL BAR
USDC. NCSEE JUDGE LAURA BEYER S' JUDGEMENT CONDUCT
The plaintiff has complied with the plaintiff's obligations under the contract.      COUNSEL
JAMES FISHER
ET AL

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. DISBARMENT OF COUNSEL FRAUD
$ 990 MILLION DAMAGES      MISREPRESENTATION

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6/11/2018

Signature of Plaintiff

Printed Name of Plaintiff   Livia A. Scotto

### B.   For Attorneys

Date of signing:   6/11/2018

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address